Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  17−20754−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emmanuel P St. Hilaire
   aka Patrick St Hilaire
   826 Amboy Ave
   Edison, NJ 08837

Social Security No.:
   xxx−xx−7525

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/31/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 1, 2018
JAN: kmf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-20754-MBK
Emmanuel P St. Hilaire                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Feb 01, 2018
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
```
db             +Emmanuel P St. Hilaire,    826 Amboy Ave,    Edison, NJ 08837-3232
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516847566     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
516847567      +Foreclosure Processing Services,    Superior Court Clerk s Office,
                 25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
516847568      +Honorable Ann McCormick, J.S.C.,    56 Paterson Street,    Courtroom 303,
                 New Brunswick, NJ 08901-2014
516847572      +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
517111585       Middlesex Emergency Physicians, PA,    PO Box 1123,    Minneapolis MN 55440-1123
516847574      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516847575      +Phelan, Hallinan & Schmieg, PC,    400 Fellowship Rd, Suite 100,    Mount Laurel, NJ 08054-3437
516847576      +Retail Recovery Service of NJ, Inc.,    190 Moore St,    Suite 201,    Hackensack, NJ 07601-7418
517113715     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516847578      +Summit Collection Svcs,    50 N Franklin Tpke Ste 1,    Ho Ho Kus, NJ 07423-1562
516847579      +The Bank of New York Mellon,    200 Park Ave #54,    New York, NY 10166-5600
516847580      +Union County Court Special Civil Part,    2 Broad Street,    Elizabeth, NJ 07201-2202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 02:10:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 02:10:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516847565       E-mail/Text: ebn@americollect.com Feb 02 2018 02:10:34     Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
516847564      +EDI: RMCB.COM Feb 02 2018 01:33:00      Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
517240656       EDI: IRS.COM Feb 02 2018 01:33:00      IRS,   POB 7346,    Philadelphia, PA 19101-7346
516847573      +E-mail/Text: Bankruptcies@nragroup.com Feb 02 2018 02:11:40     National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
516847577      +E-mail/Text: bankruptcy@savit.com Feb 02 2018 02:11:35     Sa-vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
517129333       E-mail/Text: jennifer.chacon@spservicing.com Feb 02 2018 02:11:45
                 The Bank of New York Mellon as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516847570*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    44 South Clinton Ave,
                 Trenton, NJ 08601)
516847571*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Services,    P.O. Box 9052,
                 Andover, MA 01810-9052)
516847569*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2018
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-8
               nj.bkecf@fedphe.com
              Andrew M. Lubin     on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2006-8 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2006-8 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Debtor Emmanuel P St. Hilaire yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 6
```